Tuesday, May 12, 2026



U.S. Bankruptcy Court

Re: Proof of Claim Withdrawal
Name:  Rachel A. McNulty
Case Number:  26-11131
To Whom It May Concern:


This letter is to serve as a written request by OneMain to withdraw entry number #7 filed on case number  26-11131 dated 5/12/2026. Thank you for your assistance in this matter.


If you have any questions concerning this matter, please contact our office at (800) 266-9800.


Thank you,


/s/ Joshua Burton
Bankruptcy Support Representative
Centralized Bankruptcy Department
OneMain

[OneMain Limited Use]