## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Rachel A. McNulty, | Case No. 26-11131-DJB |
| | Chapter 13 |
| *Debtor.* | |

### CERTIFICATION OF SERVICE

I, Michael A. Cibik, certify that on June 10, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: June 10, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service - CM/ECF:**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building 900
Market Street
Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**Method of Service - First Class Mail**

**Aidvantage**
Attn: Bankruptcy
1891 Metro Center Dr
Reston, VA 20190-5287

**Discovercard**
Po Box 30939
Salt Lake City, UT 84130

**Bank of America**
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

**Internal Revenue Service**
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**Capital One**
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

**New Jersey Turnpike Authority**
Attn: Ramon de la Cruz
P.O. Box 5042
Woodbridge, NJ 07095

**Chase Card Services**
Po Box 15298
Wilmington, DE 19850-5298

**Pennsylvania Dept. of Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

**Citibank**
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 63179-0027

**Pennsylvania Turnpike Commission**
300 East Park Drive
Harrisburg, PA 17111

**Comenity Bk/Ulta**
Attn: Bankruptcy Dept
PO Box 182125
Columbus, OH 43218

**Synchrony Bank/Gap**
Attn: Bankruptcy Dept
P.O. Box 965065
Orlando, FL 32896-5065

**Cornerstone**
PO Box 82561
Lincoln, NE 68501

**Weltman Weinberg & Reis**
170 S Independence Mall W #874
Philadelphia, PA 19106

**Method of Service - Certified Mail**

**One Main Financial**
Attn: Doug Shulman
601 N.W. Second Street
Evansville, IN 47708-1013