United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 26-11131-djb

Rachel A. McNulty                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 16, 2026 | Form ID: 155 | Total Noticed: 25 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Rachel A. McNulty, 1028 N Bethlehem Pike, Ambler, PA 19002-2114 |
| 15117500 | + | Cibik Law, P.C., 1500 Walnut Street Suite 900, Philadelphia, PA 19102-3518 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15117496 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jul 17 2026 02:19:57 | Aidvantage, Attn: Bankruptcy, 1891 Metro Center Dr, Reston, VA 20190-5287 |
| 15117497 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jul 17 2026 02:17:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15147070 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jul 17 2026 02:17:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15117498 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 17 2026 02:20:05 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15117499 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 17 2026 02:20:12 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 15117501 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 17 2026 02:20:06 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 15117502 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 17 2026 02:18:00 | Comenity Bk/Ulta, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 15117503 | ^ | MEBN | Jul 17 2026 02:17:07 | Cornerstone, PO Box 82561, Lincoln, NE 68501-2561 |
| 15117504 | + | Email/Text: mrdiscen@discover.com | Jul 17 2026 02:17:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15117505 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 17 2026 02:18:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15140156 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 17 2026 02:18:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15131558 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 17 2026 02:17:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15121932 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 17 2026 02:19:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15130385 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 17 2026 02:18:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15117506 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | | |

District/off: 0313-2                                            User: admin                                            Page 2 of 3

Date Rcvd: Jul 16, 2026                                      Form ID: 155                                          Total Noticed: 25

| | | Jul 17 2026 02:17:00 | New Jersey Turnpike Authority, Attn: Ramon de la Cruz, P.O. Box 5042, Woodbridge, NJ 07095 |
| 15139400 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jul 17 2026 02:17:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 15142331 | Email/PDF: cbp@omf.com | Jul 17 2026 02:20:04 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 15147243 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 17 2026 02:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 15117507 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 17 2026 02:18:00 | Pennsylvania Dept. of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15117508 | ^ MEBN | Jul 17 2026 02:17:10 | Pennsylvania Turnpike Commission, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 15117509 | + Email/PDF: cbp@omf.com | Jul 17 2026 02:19:56 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 15117510 | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 17 2026 02:20:13 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 15117511 | + Email/Text: PHILAW@weltman.com | Jul 17 2026 02:18:00 | Weltman Weinberg & Reis Co. LPA, 170 S Independence Mall W #874, Philadelphia, PA 19106-3334 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Rachel A. McNulty help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2

User: admin

Page 3 of 3

Date Rcvd: Jul 16, 2026

Form ID: 155

Total Noticed: 25

TOTAL: 3

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                            )
    Rachel A. McNulty                             )          Case No. 26–11131–djb
                                                  )
                                                  )
    Debtor(s).                                    )          Chapter: 13
                                                  )
                                                  )

## <u>ORDER CONFIRMING PLAN UNDER CHAPTER 13</u>

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: July 16, 2026                              For The Court

                                                  Derek J Baker
                                                  Judge, United States Bankruptcy Court